IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
Aug 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALEXANDER ALVES,

    Defendant.

CASE NO. 1:23-CR-00145-ADA-BAM

ORDER TO UNSEAL REDACTED INDICTMENT

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Indictment filed on July 20, 2023, and docket as to defendant Alexander Alves, be unsealed and become public record, and that the unredacted Indictment remain under seal.

DATED: 8/3/23

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE