Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
ALEXANDER ALVES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:23-CR-00145-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| ALEXANDER ALVES, | |
| Defendant. | Date:    August 14, 2024<br>Time:    1:00 pm<br>Judge:   Hon. Barbara A. McAuliffe |

### STIPULATION

The United States of America and Defendant Alexander Alves, through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 14, 2024.

2. By this stipulation, the parties agree to continue the status conference until October 23, 2024 in order for continued defense preparation and settlement discussions.

3. Mr. Alves requests that time be excluded between August 14, 2024 and October 23, 2024 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate and request that the Court find the following:

    a) Defense counsel desires additional time to review the voluminous

discovery with his client, investigate available defenses and legal issues, and discuss potential resolution with the United States.

    b)  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  The United States does not object to the continuance.

    d)  Based on the above-stated findings, the ends of justice served by continuing case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 14, 2024 to October 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  IT IS SO STIPULATED

DATED: August 8, 2024    PHILLIP A. TALBERT
              United States Attorney

              By: s/ Stephanie M. Stokman by authorization
                 Stephanie M. Stokman
                 Assistant United States Attorney

DATED: August 8, 2024    McKNEELY LAW FIRM

              By: s/ Michael McKneely
                 Michael McKneely
                 Attorneys for Alexander Alves

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **October 23, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 8, 2024**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE